**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Charles Edward MORTON,**
**Defendant–Appellant.**

No. 06–5264.

United States Court of Appeals,
Sixth Circuit.

April 20, 2007.

Before: SUTTON and COOK, Circuit Judges; and GWIN, District Judge.*

PER CURIAM.

Charles Edward Morton appeals the district court's denial of his motion to suppress evidence seized during a search of a residence located at 299 Picadome Park Drive in Lexington, Kentucky. Having reviewed the record, the applicable law, and the parties' briefs, we determine that no jurisprudential purpose would be served by a panel opinion and affirm the district court's decision for the reasons stated in that court's opinion.